In the Matter of the ESTATE OF Mary Lu GRASSESCHI.

Robert R. SMILEY, as Personal Representative of the estate of Mary Lu Grasseschi, Deceased, Petitioner,

v.

Thomas A. GRASSESCHI, Respondent.

No. 89SC382.

Supreme Court of Colorado,
En Banc.

Nov. 13, 1989.

Petition for Writ of Certiorari DENIED.